

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00515-CR

Ronnie Lynn **JAMES** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 11-0560-CR
Honorable W.C. Kirkendall, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, appointed counsel's motion to withdraw is **GRANTED** and the trial court's judgment is **AFFIRMED AS MODIFIED**. We order the trial court's judgment modified to reflect that punishment was assessed by the trial court.

SIGNED October 2, 2013.

_____
Marialyn Barnard, Justice